UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GALENO, et al., | No. 2:24-cv-03028-DAD-SCR |
| Plaintiffs, | |
| v. | ORDER ENTERING JUDGEMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | (Doc. No. 12) |

On February 16, 2026, plaintiffs filed a notice of defendant's Federal Rule of Civil Procedure 68 offer of judgement. (Doc. No. 12.) Therein, plaintiffs request that judgement be entered in their favor in the amount of $102,000.00 pursuant to the terms of the accepted Rule 68 offer. (*Id.* at 2.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, defendant Ford Motor Company served plaintiffs with a Rule 68 offer of judgement in the amount of $102,000.00 plus any reasonable attorneys' fees and costs in an amount to be

1

determined by the court upon a noticed motion if the parties are unable to resolve the issue of attorneys' fees and costs themselves. (Doc. No. 12 at 4–5.) Plaintiffs accepted the offer in writing on January 29, 2026. (*Id.* at 6.) Plaintiffs request that judgement be entered in favor of plaintiffs and against defendant Ford Motor Company in the sum of $102,000.00. (*Id.* at 2.) The parties have stipulated that defendant Ford Motor Company will perform its obligations under its Rule 68 offer "within sixty (60) days of acceptance of this Offer." (*Id*. at 4–5.) Defendant Ford Motor Company also "expressly reserves all defenses" to plaintiffs' motion for attorneys' fees and costs. (*Id.* at 5.)

Accordingly,

1.    The Clerk of the Court is directed to enter judgment in favor of plaintiffs and against defendant Ford Motor Company in the amount of $102,000.00 (Doc. No. 12);

2.    Within twenty-one (21) days from the date of entry of this order, the parties shall file a joint status report to inform the court whether the parties were able to resolve the issue of attorneys' fees and costs among themselves; and

3.    If the parties are unable to resolve the issue of attorneys' fees and costs, then plaintiffs shall file their motion for attorneys' fees and costs by no later than thirty (30) days from the date of entry of this order.

IT IS SO ORDERED.

Dated:    **February 18, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2