UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GALENO et al., | No. 2:24-cv-03028-DAD-SCR |
| Plaintiffs, | |
| v. | ORDER ADOPTING THE PARTIES' JOINT STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEYS' FEES AND TO EXTEND THE COURT'S JURISDICTION OVER THIS MATTER |
| FORD MOTOR COMPANY, | |
| Defendant. | |
| | (Doc. No. 15) |

On February 16, 2026, plaintiffs filed a notice of defendant's Federal Rules of Civil Procedure 68 offer of judgment. (Doc. No. 12.) On February 19, 2026, the court issued an order directing the Clerk of the Court to enter judgment in favor of plaintiffs and against defendant in the amount of $102,000.00. (Doc. No. 13.) In the same order, the court directed the parties to file a joint status report within 21 days from the date of entry of that order to inform the court whether the parties were able to resolve the issue of attorneys' fees and costs among themselves. (*Id.*) The court further directed plaintiffs to file a motion for attorneys' fees and costs within 30 days from the date of entry of the order if the parties were unable to resolve the issue of attorneys' fees and costs. (*Id.*)

/////

1

On March 10, 2026, the parties filed a joint stipulation to extend the deadline for plaintiffs to file a motion for attorneys' fees and costs from March 20, 2026 to May 20, 2026. (Doc. No. 15 at 3.) The parties have indicated therein that they require additional time to meet and confer regarding the resolution of plaintiffs' attorneys' fees and costs without further burdening the court. (*Id.* at 2–3.) The parties also request the court to retain jurisdiction over this matter until plaintiffs' attorneys' fees, costs, and expenses are resolved. (*Id.* at 3.)

Accordingly,

1.    Plaintiffs' deadline to file a motion for attorneys' fees and costs is extended from March 20, 2026 to May 20, 2026; and

2.    The court shall continue to retain jurisdiction over this matter until the issue of plaintiffs' attorneys' fees and costs is resolved.

IT IS SO ORDERED.

Dated:    **March 11, 2026**    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2